UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LUCAS RICE,

                    Plaintiff,

                                                    Case No. 26-cv-0147-bhl

        v.

RISE & EXPAND ENTERPRISES LLC,

                    Defendant.

## ORDER

On January 28, 2026, Plaintiff Lucas Rice filed a complaint against Defendant Rise & Expand Enterprises LLC, alleging that the defendant's website failed to comply with the Americans with Disabilities Act. (ECF No. 1.) On May 14, 2026, after a court-approved extension, Rice filed proof that he had served the defendant. (ECF Nos. 6 & 8.) To date, however, the defendant has not appeared or otherwise answered the complaint, and Rice has not requested the clerk's entry of default or moved for a default judgment. *See* Fed. R. Civ. P. 55(a)–(b); *see also VLM Food Trading Int'l, Inc. v. Illinois Trading Co.*, 811 F.3d 247, 255 (7th Cir. 2016) (explaining the two-step process in a default proceeding). Pursuant to Civil Local Rule 41(b), the Court will grant Rice twenty-one days to request entry of default and move for default judgment or take other steps to move the case forward. If he fails to do so, the case will be dismissed for lack of prosecution.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **July 8, 2026**, Plaintiff must request entry of default and move for default judgment, *see* Fed. R. Civ. P. 55(b); *see also VLM Food Trading Int'l, Inc.*, 811 F.3d at 255, or take other steps to move the case forward.  Failure to comply will result in dismissal for lack of prosecution pursuant to Civil Local Rule 41(b).

Dated at Milwaukee, Wisconsin on June 17, 2026.

s/ *Brett H. Ludwig*  
BRETT H. LUDWIG  
United States District Judge
